7939.  FIRST NATIONAL BANK OF BLAKELY *et al. v.* PARK, receiver.

BROYLES, P. J.  This was a suit in trover, brought by the receiver of the
   Bank of Blakely to recover certain notes transferred by the Bank of
   Blakely as collateral security for its cashier's check for $1,989, previ-
   ously given to the Birmingham Fertilizer Company, which was made a
   codefendant in the suit.  Under the facts of the case, before the plaintiff
   was entitled to recover, it was incumbent upon him to show, among
   other things:   (1) that the bank made the transfer of the notes after
   its insolvency, or in contemplation of such insolvency;  (2) that the
   transfer was made with the intent to create a preference, and (3) that
   the Birmingham Fertilizer Company was not an innocent purchaser
   for value without notice or knowledge of the condition of the bank.
   Civil Code (1910), § 2360.  As to these issues the evidence did not
   demand a finding for the plaintiff, and the court, therefore, erred in
   directing a verdict in his favor.
                    *Judgment reversed.  Jenkins and Bloodworth, JJ., concur.*
                    DECIDED MAY 3, 1917.

   Trover; from city court of Blakely—Judge Sheffield.   October
20, 1916.
   *Yeomans & Wilkinson, L. M. Rambo,* for plaintiffs in error.
   *Glessner & Collins,* contra.